# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH, NORTH CAROLINA
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| DR. MOHAMMAD ABU-SALHA, AMIRA BAYMEH, YOUSEF ABU-SALHA, YUSOR ABU-SALHA<br>  Plaintiffs<br><br>  v.<br><br>MICHAEL CHERTOFF, U.S. SECRETARY DEPARTMENT OF HOMELAND SECURITY and EMILIO GONZALEZ, DIRECTOR OF UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES and ROSEMARY MELVILLE, DISTRICT DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICE, AND RICHARD GOTTLIEB, DISTRICT DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICE, and ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATIONS<br>  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **WRIT IN THE NATURE OF MANDAMUS CASE/A # A76 442 694, A95 225 447, A95 225 448, A95 225 449** |

## PLAINTIFFS ORIGINAL COMPLAINT
## FOR WRIT IN THE NATURE OF
## MANDAMUS

COME NOW Dr. Mohammad Abu-Salha, Amira Baymeh, Yousef Abu-Salha, and Yusor Abu-Salha, Plaintiffs in the above-styled and numbered cause, and for cause of action would show unto the Court the following:

1.      This action is brought against the Defendants to compel action on applications for lawful

permanent resident status properly filed by the Plaintiffs. The application was filed and

1

remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

## PARTIES

2.  Plaintiff Dr. Mohammad Abu-Salha ("Dr. Abu-Salha") is a 48 year old native and citizen of Jordan. He entered the United States in 1994 on a J-1 Visa under 8 USC §1101(a)(15)(J), to receive graduate medical education and training. Dr. Abu-Salha was subject to INA § 212 (e) and the two year foreign residency requirement. However, Dr. Abu-Salha received a waiver of the two year foreign residency requirement by serving in a designated medically underserved area pursuant to INA § 214 (I). Dr. Abu-Salha currently works as a Physician in Johnston County, NC

3.  Plaintiff  Amira Baymeh ("Mrs. Baymeh") is a 44 year old native and citizen of Jordan She is the wife of Dr. Abu-Salha. She entered this country on a J-2 Visa pursuant to§1101(a)(15)(J) as a derivative beneficiary of Dr. Abu-Salha's J-1 Visa. They have three children, one of whom was born in the United States. Their US born daughter's name is Razan Abu-Salha and her date of birth is July 9th, 1995.

4.  Plaintiff Yousef Abu-Salha is 16 year old native and citizen of Jordan. Plaintiff Yousef Abu-Salha is Dr. Abu-Salha's and Mrs. Baymeh's son. Plaintiff Yousef Abu-Salha entered this country on a J-2 Visa pursuant to §1101(a)(15)(J) as a derivative beneficiary of Dr. Abu-Salha's J-1 Visa.

5.  Plaintiff Yusor Abu-Salha is a 13 year old native and citizen of Jordan. Plaintiff Yusor Abu-Salha is Dr. Abu-Salha's and Mrs. Baymeh's son. Plaintiff Yusor Abu-Salha entered this country on a J-2 Visa pursuant to §1101(a)(15)(J) as a derivative beneficiary of Dr. Abu-Salha's J-1 Visa.

2

6.      Defendant Michael Chertoff is Secretary of the Department of Homeland Security of the United States, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for adjustment of status filed pursuant to §245 of the Immigration and Nationality Act (INA), 8 USC §1255. The Immigration and Naturalization Service is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

7.      Defendant Emilio Gonzalez is the Director of the Bureau of Citizenship and Immigration Service (BCIS) generally charged with supervisory authority over all operations of the BCIS within the entire United States and with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Defendant Director is the official with whom Plaintiffs' application for lawful permanent resident status were properly filed.

8.      Defendant Rosemary Melville District Director is an official of the Bureau of Citizenship and Immigration Service (BCIS) generally charged with supervisory authority over all operations of the BCIS within her District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Defendant District Director is the official with whom Plaintiffs' application for lawful permanent resident status were

3

properly filed.

9. Defendant Richard Gottlieb District Director is an official of the Bureau of Citizenship and Immigration Service n Service (BCIS) generally charged with supervisory authority over all operations of the BCIS within his District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Defendant District Director is the official with whom Plaintiffs' application for change of addresses were properly filed.

10. Defendant Robert Mueller, Director of the FBI is an officially generally charged with supervisory authority over all operations of the FBI, with certain exceptions not relevant here. As will be shown, Defendant Director is the official in charge of overseeing security clearances for immigration purposes.

## JURISDICTION

11. Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

12. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Plaintiff resides. More specifically, Plaintiffs resides in Wake County under the venue of the Eastern District Court.

## EXHAUSTION OF REMEDIES

13. Plaintiffs have exhausted their administrative remedies. Plaintiffs have, through their Attorney, made numerous inquiries concerning the status of the applications to no avail.

## CAUSE OF ACTION

14. After his admission on a J-1 Visa, Dr. Abu-Salha pursued graduate medical training in

4

the United States. After completing his training, he received a waiver of the two year foreign residency requirement by serving in a designated medically underserved area pursuant to INA § 214 (I) on August 4, 1998.

15. Dr. Abu-Salha was a beneficiary of a properly filed and approved Petition for a Non-Immigrant Worker and H1B Visa that started on October 1st, 1998.

16. Throughout the course of these petitions, Dr. Abu-Salha's wife, Mrs. Baymeh, and their children Yousef Abu-Salha and Yusor Abu-Salha were derivative beneficiaries of Dr. Abu-Salha's immigration petitions.

17. Dr. Abu-Salha was a beneficiary of an approved Immigration Petition for Alien Woker that placed him in the EB-2 Category as a Member of Profession with Advance Degree or Exceptional Ability pursuant to INA §203 (b) (2) on December 1st, 2000. Approval of this petition is a prerequisite to the Plaintiffs applying for adjustment of status to lawful permanent resident pursuant to INA §245.

18. On January 9th, 2002 Dr. Abu-Salha, Mrs. Baymeh, Yousef Abu-Salha and Yusor Abu-Salha filed applications to adjust status pursuant to INA §245. At the time of filing, visas under this category were current and were available for immediate processing.

19. Dr. Abu-Salha received an Alien # of A76 442 694.

20. Mrs. Baymeh received an Alien # of A95 225 447.

21. Yousef Abu-Salha received an Alien # of A95 225 448.

22. Yusor Abu-Salha received an Alien # of A95 225 449.

23. At the time of said filing, such applications were being adjudicated by the Defendant District Director in a period of between seven and twelve months.

24. Plaintiffs' applications for adjustment of status have now remained unadjudicated for well over 5 years.

5

25.     Dr. Abu-Salha and his family have legally resided in the United States for well over thirteen years. Dr. Abu-Salha and his family have complied with all laws of the United States during the course of their stay in the United States and have never been out of status.

26.     Dr. Abu-Salha has served and continues to serve Patients in a rural area where he is the only private medical practice in his specialty in the county in which he works. He continues to dedicate his work to serve Patients in need.

27.     The restrictions placed by USCIS and the requirement of continuously applying for temporary work authorization by Dr. Abu-Salha jeopardizes the health, safety, and lives of the more then 700 mentally ill patients Dr. Abu-Salha treats on a regular basis.

28.     Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to applicable requirements. To date, said applications have not been adjudicated.

29.     Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to, adjudicate Plaintiffs' applications for over two years, thereby depriving them of the right to a decision on their status and the peace of mind to which Plaintiffs are entitled.

30.     Plaintiffs have been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

   (a)     Specifically, Plaintiffs travel has been restrictive. So long as their applications for adjustment of status are pending, travel is restricted by federal regulation which requires special permission to travel abroad ("advanced parole") during the pendency of such applications. 8 CFR §245.2(a)(4). Departure without the advanced parole would be deemed an abandonment of the permanent resident application. *Id.* This situation operates to the great inconvenience and harassment of Plaintiffs.

   (b)     Plaintiffs have further been damaged in that their employment authorization is

tied to their status as applicants for permanent residency, and is limited to increments not to exceed one year. 8 CFR §274a.12(c)(9). Therefore, as in the case of the advanced parole, Plaintiffs have been forced to repeatedly apply (and pay) for extensions of employment authorization, to the continued inconvenience and harassment of Plaintiffs, which is required by law to continually insure his work eligibility. INA §274A(a)(2), 8 USC §1324a(a)(2).

(c)     Plaintiffs have further been damaged by simply being deprived of the status of lawful permanent residents during the interminable pendency of their applications.

30.     The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case.

31.     Plaintiffs through their Attorney and Congressman have made numerous status inquiries in an attempt to secure adjudication of their applications, all to no avail. Accordingly, Plaintiffs have been forced to retain the services of an Attorney to pursue the instant action.

## PRAYER

1.     WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a)     requiring Defendants to adjudicate Plaintiffs applications for adjustment of status;

(b)     awarding Plaintiffs reasonable attorney's fees; and

(c)     granting such other relief at law and in equity as justice may require.

This **23** day of **OCTOBER**, 2007.

Respectfully submitted,

7

Omar Baloch
The Law Offices of Omar Baloch, PLLC
300/200 Parham Street, Suite A
Raleigh, NC 27601
Telephone: (919) 834-3535
Facsimile: (919) 334-7339
Email: mobaloch@balochlaw.com

## LIST OF ATTACHMENTS

*Exhibit Description*

| | |
|---|---|
| 1 | I-612 Application to Waive Foreign Residence Requirement Approval Notice dated August 4, 1998 |
| 2 | I-129 Petition for Nonimmigrant Worker Approval Notice dated September 9, 1998 |
| 4 | I-140 Immigrant Petition for Alien Relative Approval Notice dated December 1, 2000 |
| 5 | I-129 Petition for Nonimmigrant Worker Approval Notice dated November 6, 2001 |
| 5 | I-485 Receipt Notice for Dr. Mohammad Abu-Salha dated January 10, 2002 |
| 6 | I-485 Receipt Notice for Amira Baymeh dated January 10, 2002 |
| 7 | I-485 Receipt Notice for Yusor Abu-Salha dated January 10, 2002 |
| 8 | I-485 Receipt Notice for Yousef Abu-Salha dated January 10, 2002 |
| 9 | EAD's for Dr. Abu-Salha and Amira Baymeh |
| 10 | Congressional Inquiry Dated August 27, 2004 |
| 11 | Congressional Inquiry Dated September 7, 2004 |
| 12 | Congressional Inquiry Dated August 22, 2006 |
| 13 | Congressional Inquiry Dated September 8, 2006 |
| 14 | Congressional Inquiry Dated November 19, 2006 |

| 15 | Telephonic Inquiry Dated March 23, 2007 |
| 16 | Congressional Inquiry Dated April 4, 2007 |

## VERIFICATION

**NORTH CAROLINA**

**WAKE COUNTY**

      Dr. Mohammad Abu-Salha, Plaintiff in this action, after being duly sworn, deposes and says that he has read the foregoing Complaint and knows the contents thereof to be true of his own knowledge except as to those matters stated upon information and belief, and as to those matters, he believes them to be true.

*Abu-Salha, MD*

Dr. Mohammad Abu-Salha

Sworn to or affirmed before me this
19 day of OCTOBER , 2007.

Notary Public
My Commission Expires:

7 - 31 - 2010

M. OMAR BALOCH
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 7-31-2010

10

**U.S. Department of Justice**
Immigration and Naturalization Service

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I612   APPLICATION TO WAIVE FOREIGN |
|---|---|---|
| SRC-98-218-50148 | | RESIDENCE REQUIREMENTS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT   A76 442 694 |
|---|---|---|
| July 28, 1998 | | ABU SALHA, MOHAMMAD Y. |

| NOTICE DATE | PAGE | |
|---|---|---|
| August 4, 1998 | 1 of 1 | |

MOHAMMAD Y. ABU SALHA
105 CARTWELL DR 101
VIRGINIA BEACH VA 23452

**Notice Type:**  Approval Notice

The United States Information Agency, based upon a recommendation from an interested Government agency, has recommended that you and any members of your immediate family be granted a waiver of the two-year foreign residence requirement of Section 212(e) of the Immigration and Nationality Act, as amended.  This recommendation only refers to the two-year foreign residence obligation which was incurred based on your current or prior nonimmigrant status as a J-1 Exchange Alien.

Accordingly, upon consideration of the evidence of record, and on the basis of the favorable recommendation of the United States Information Agency, you, and any members of your immediate family who have become subject to the two-year foreign residence requirement solely based on their relationship to you, are hereby granted a waiver of the two year foreign residence requirement of Section 212(e) of the Act.

Please note that if any member of your immediate family has incurred an obligation to fulfill the two-year foreign residence requirement of Section 212(e) of the Act based on his or her own current or prior nonimmigrant status as a J-1 Exchange Alien, that family member will need to request a separate waiver in his or her own behalf to remove that obligation.

This completes our action on this application.  The back of this form contains additional general information.  If you have any further questions, please call your local Immigration office.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (214) 381-1423**



U.S. Department of Justice
Immigration and Naturalization Service

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER SRC-98-238-53256 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
| --- | --- | --- |
| RECEIPT DATE UNKNOWN | PRIORITY DATE | PETITIONER DUPLIN SAMPSON AREA MENTAL HEALTH |
| NOTICE DATE September 9, 1998 | PAGE 1 of 1 | BENEFICIARY ABU SALHA, MOHAMMAD Y. |

DAYNA J. KELLY
DAYNA J KELLY ATTORNEY AT LAW
P O BOX 17297
CHAPEL HILL NC 27516

Notice Type: Approval Notice
Class: H1B1
Valid from 10/01/98 to 10/01/01

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (214) 381-1423
Form I797A (Rev. 09/07/93)N



PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # SRC-98-238-53256
I-94# 460086890 03
NAME ABU SALHA, MOHAMMAD Y.
CLASS H1B1

VALID FROM 10/01/98 UNTIL 10/01/01

PETITIONER: DUPLIN SAMPSON AREA MENTA
P O BOX 599
KENANSVILLE NC 28349

---

460086890 03

Receipt Number SRC-98-238-53256
Immigration and
Naturalization Service
I-94
Departure Record          Petitioner: DUPLIN SAMPSO

| 14. Family Name ABU SALHA | |
| --- | --- |
| 15. First (Given) Name MOHAMMAD | 16. Date of Birth 06/04/59 |
| 17. Country of Citizenship | |

U.S. Department of Justice
Immigration and Naturalization Servic

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>SRC-01-243-51628 | | **CASE TYPE** I129<br>PETITION FOR A NONIMMIGRANT WORKER |
| **RECEIPT DATE**<br>August 14, 2001 | **PRIORITY DATE** | **PETITIONER**<br>DUPLIN SAMPSON AREA MENTAL HEALTH |
| **NOTICE DATE**<br>November 6, 2001 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>ABU SALHA, MOHAMMAD Y. |

| | |
|---|---|
| DAYNA J. KELLY<br>LAW OFFICES OF DAYNA KELLY PC<br>POB 17297<br>CHAPEL HILL NC 27516 | **Notice Type:** Approval Notice<br>Class: H1B1<br>Valid from 10/02/2001 to 10/01/2004 |

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (214) 381-1423
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # SRC-01-243-51628
I-94# 460086890 03
NAME ABU SALHA, MOHAMMAD Y.
CLASS H1B1

VALID FROM 10/02/2001 UNTIL 10/01/2004

PETITIONER: DUPLIN SAMPSON AREA MENTA
117 BEASLEY ST
KENANSVILLE NC 28349

**460086890 03**

Receipt Number SRC-01-243-51628
Immigration and
Naturalization Service

I-94
Departure Record          Petitioner: DUPLIN SAMPSO

| 14. Family Name<br>ABU SALHA | | |
|---|---|---|
| 15. First (Given) Name<br>MOHAMMAD | | 16. Date of Birth<br>06/04/1959 |
| 17. Country of Citizenship<br>JORDAN | | |

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| SRC-00-208-50154 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| July 1, 2000 | October 26, 1999 | DUPLIN SAMPSON AREA MENTAL HEALTH |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 1, 2000 | 1 of 1 | ABU SALHA, MOHAMMAD Y. |

DAYNA J. KELLY
LAW OFFICES OF DAYNA KELLY PC
POB 17297
CHAPEL HILL NC 27516

**Notice Type:** Approval Notice
Section: Mem of Profession w/Adv Deg,or
of Excptn'l Ability
Sec.2( )(b)(2)

The above petition has been approved. We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909**. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all INS action on this petition. If you have any questions about visa issuance, please contact the NVC directly. The telephone number to NVC is **(603) 334-0700**. Please allow 90 days before contacting the National Visa Center regarding your petition.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (214) 381-1423**



**U.S. Department of Justice**
Immigration and Naturalization Service

| | |
|---|---|
| **RECEIPT NUMBER** <br> SRC-02-080-53709 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE** <br> January 9, 2002    **PRIORITY DATE** | **APPLICANT** A76 442 694 <br> ABU SALHA, MOHAMMAD Y. |
| **NOTICE DATE** <br> January 10, 2002    **PAGE** <br> 1 of 1 | |

DAYNA J. KELLY ESQ
LAW OFFICE OF DAYNA KELLY PC
POB BOX 17297
CHAPEL HILL NC 27516

**Notice Type:** Receipt Notice

Amount received: $ 245.00
Section: Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 240 to 365 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (214) 381-1423 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (214) 381-1423**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-02-080-53698 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>January 9, 2002 | PRIORITY DATE | APPLICANT A95 225 447<br>BAMYEH, AMIRA |
| NOTICE DATE<br>January 10, 2002 | PAGE<br>1 of 1 | |

| | |
|---|---|
| DAYNA J. KELLY ESQ<br>LAW OFFICE OF DAYNA KELLY PC<br>POB BOX 17297<br>CHAPEL HILL NC 27516 | **Notice Type:** Receipt Notice<br><br>Amount received: $ 245.00<br><br>Section: Derivative adjustment |

The above application or petition has been received. It usually takes 240 to 365 days from the date of this receipt for us to process this type of case. Please verify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (214) 381-1423 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (214) 381-1423**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT |
| --- | --- | --- | --- |
| SRC-02-080-53657 | | | RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT | A95 225 449 |
| January 10, 2002 | | | ABU SALHA, YUSOR M. |
| NOTICE DATE | PAGE | | |
| February 13, 2006 | 1 of 1 | | |

YUSOR M. ABU SALHA
5016 DILLSWOOD LN
RALEIGH NC 27606

**Notice Type:** Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

Dept of Homeland Security - USCIS , 6130 Tyvola Center, Dr., Charlotte, NC 28217

Telephone: (800) 375-5283

That office will notify you when they schedule an interview on the application or petition. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/21/04) N

Department of Homeland Secur
U.S. Citizenship and Immigration S___

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485    APPLICATION TO ADJUST TO PERMANENT |
| SRC-02-080-53653 | | RESIDENT STATUS | |

| RECEIPT DATE | PRIORITY DATE | APPLICANT    A95 225 448 |
| January 10, 2002 | | ABU SALHA, YOUSEF M. |

| NOTICE DATE | PAGE | |
| February 13, 2006 | 1 of 1 | |

YOUSEF M. ABU SALHA
5016 DILLSWOOD LN
RALEIGH NC 27606

**Notice Type:**  Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

   Dept of Homeland Security - USCIS , 6130 Tyvola Center, Dr, Charlotte, NC 28217

   Telephone: (800) 375-5283

That office will notify you when they schedule an interview on the application or petition.  Any further inquiries should be made to that office.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
   IMMIGRATION & NATURALIZATION SERVICE
   TEXAS SERVICE CENTER
   P O BOX 851488 - DEPT A
   MESQUITE TX 75185-1488
   **Customer Service Telephone: (800) 375-5283**





EAD.1

DAVID PRICE
4TH DISTRICT
NORTH CAROLINA

COMMITTEE ON APPROPRIATIONS

VETERANS' AFFAIRS,
HOUSING AND URBAN DEVELOPMENT
AND INDEPENDENT AGENCIES

LEGISLATIVE

SELECT COMMITTEE ON
HOMELAND SECURITY

OFFICES:

2162 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-1784

PALISADES ON TRINITY
5400 TRINITY PLACE, SUITE 205
RALEIGH, NC 27607-3815
(919) 859-5999

88 VILCOM CENTER, SUITE 140
CHAPEL HILL, NC 27514-1660
(919) 967-7924

N.C. MUTUAL PLAZA
411 WEST CHAPEL HILL STREET
DURHAM, NC 27701-3642
(919) 688-3004



## CONGRESS OF THE UNITED STATES
### HOUSE OF REPRESENTATIVES
### WASHINGTON, DC 20515
August 27, 2004

Dr. Mohammad Abu-Salha
210 Bayleigh Court
Garner, NC 27529

Dear Dr. Abu-Salha:

Thank you for contacting my office about your immigration concerns.

A member of my staff is currently working on your behalf and will contact you with any developments. Please contact Ms. Robyn Winneberger at 859-5999 if you have other questions about this matter or if there are changes in your case. I appreciate the opportunity to be of assistance to you.

Sincerely,

DAVID PRICE
Member of Congress

DP:rw

DAVID PRICE
4TH DISTRICT
NORTH CAROLINA

COMMITTEE ON APPROPRIATIONS

VETERANS' AFFAIRS,
HOUSING AND URBAN DEVELOPMENT
AND INDEPENDENT AGENCIES

LEGISLATIVE

SELECT COMMITTEE ON
HOMELAND SECURITY

OFFICES:

2162 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–1784

PALISADES ON TRINITY
5400 TRINITY PLACE, SUITE 205
RALEIGH, NC 27607–3815
(919) 859–5999

88 VILCOM CENTER, SUITE 140
CHAPEL HILL, NC 27514–1660
(919) 967–7924

N.C. MUTUAL PLAZA
411 WEST CHAPEL HILL STREET
DURHAM, NC 27701–3642
(919) 688–3004

## CONGRESS OF THE UNITED STATES
### HOUSE OF REPRESENTATIVES
### WASHINGTON, DC 20515

September 27, 2004

Dr. Mohammad Abu-Salha
210 Bayleigh Court
Garner, NC 27529

Dear Dr. Abu-Salha:

Enclosed please find a copy of the response which my office has received from the Texas BCIS office regarding your case. I would expect that you will hear from the BCIS directly within the next 90 days. If you do not hear from them by the end of December, please contact Ms. Robyn Winneberger in my Raleigh office at 859-5999.

Thank you for the opportunity to be of service.

Sincerely,

DAVID PRICE
Member of Congress

DP:rw

Enclosure

PS: Please sign up for periodic updates on issues, events, and town hall meetings at http://price.house.gov/Forms/EmailSignup.

| | |
|---|---|
| **From:** | Davis, Cynthia X |
| **Sent:** | Monday, September 20, 2004 2:57 PM |
| **To:** | Winneberger, Robyn |
| **Subject:** | Re:RE: Abu-Salha  Green Card Cases |

Robyn: The background check is still pending. His fingerprints expired
09/12/04.
I sent the request for new fingerprint appointment 09/13/04.

Cynthia Davis
TSC Congressional Liaison

_____Reply Separator_____
Subject:    RE: Abu-Salha  Green Card Cases
Author: "Winneberger; Robyn" <SMTP:Robyn.Winneberger@mail.house.gov>
Date:      9/14/2004 3:23 PM

Hi Cynthia.
Can you check to see if the background check is done?
Thanks,
Robyn

-----Original Message-----
From: Davis, Cynthia X
Sent: Monday, August 30, 2004 8:28 AM
To: Winneberger, Robyn
Subject: Re:Abu-Salha Green Card Cases

Robyn: His background check is still pending. Their fingerprints are due to
expire soon. I will watch the background check to see if it gets done in
time.
If not, I will request new fingerprint appointments for them.

Cynthia Davis
TSC Congressional Liaison

_____Reply Separator_____
Subject:    Abu-Salha  Green Card Cases
Author: "Winneberger; Robyn" <SMTP:Robyn.Winneberger@mail.house.gov>
Date:      8/27/2004 4:59 PM

Mohammad Y. Abu-Salha- SRC 0208053709
Amira Abu-Salha--0208053698
Yusor ""--0208053657
Yousef ""--0208053653

They are wondering about their Permanent residency cases.. what the status
is?
Thanks,
Robyn

Robyn Winneberger
Representative David Price NC-04
5400 Trinity Road, Suite 205
Raleigh, NC  27607
Phone- (919) 859-5999
Fax- (919) 859-5998

1

## IMMIGRATOIN UPDATES

Dr. Abu-Salha:

In reviewing your file it appears the last status check done by Robyn at the end of May so it's not even been 90 days yet. It also appears that the case has been sent to the FBI for further checks according to the email she sent you on May 31, 2006. We can make another inquiry after 90 days since the normal clearances take 90 days. I'll do that next week. Although in the meantime I've made a request to the TSC (since they were the last to have your file) today to see if they can give me an update on your file and the status of the pending matter. I will let you know as soon as I hear from Texas and I will follow-up with the FBI again next week (at the 90 day mark). I must warn you though that I've filed several FBI checks for other constituents and haven't received anything on any of them yet. I'm assuming they're further backed up more than normal due to summer vacations and such.

Carol
*Carol A. Reid Erichsen*
*Representative David Price NC-04*
*5400 Trinity Road, Suite 205*
*Raleigh, NC 27607*
*Phone - (919) 859-5999*
*Fax - (919) 859-5998*
http://price.house.gov

Learn more about the issues that Representative Price is working on in Washington. Sign up for occasional email updates at http://price.house.gov/forms/emailsignup/.

-----Original Message-----
**From:** Mohammad Abu-Salha [mailto:abusalha3@hotmail.com]
**Sent:** Tuesday, August 22, 2006 10:35 PM
**To:** Erichsen, Carol
**Subject:** USCIS

**Dear Ms. Erichsen,**

**It has been a few months since Robyn checked on our I-485 application that we filed in Jan 2001. It has been 7-8 months since our second fingerprinting when we all thought we would be approved. She was then informed that the FBI cleared my name then. In her last follow up she was told that my name was forwarded to Washington, DC for yet another security check. She planned to check with them again by now. She also advised me of contacting you while she is out for maternity leave.**

**I hope you can reach our file in her office and follw up on our case as we have been deeply concerned by the endless waiting.**

**I appreciate your support.**


**Mohammad Abu-Salha, MD**

9/8/2006

*Correspondance with
Robyn Winoeßergers
David Price office*

Dr. Abu-Salha:

I received a response from the CIS in Texas today that your file was transferred to DC on 2/13/2006 and is still pending regarding further clarification with your name check. I will send a status inquiry to the FBI today for you. This may take several weeks for a response but I'll let you know when we receive anything.

Carol

*Carol A. Reid Erichsen*
*Representative David Price NC-04*
*5400 Trinity Road, Suite 205*
*Raleigh, NC 27607*
*Phone - (919) 859-5999*
*Fax - (919) 859-5998*
http://price.house.gov

When I sent this FBI check I said in the request that this was the 2nd name check being done for you and if there was anything we could do to assist them with this matter to let us know. Not sure it will help but it sometimes speeds things along if there's a odd ball situation to help them locate the file if it's not readily available.

We'll see....can't promise this will help but we'll try to do what we can for you!

Have a good day!

Carol

**11/19/06**

**Dear Robyn,**

**Congratulations for the new baby and for the democrates' recent victory. I hope you all are doing well. I just E-mailed Carol Erichson and the message pounced back to tell me that you're back.**

**During your leave, Carol had checked on our Green Card application at USCIS and the endless waiting. She was again told it was the FBI security check in DC but I understood she would requested a reply from the FBI or who ever is investigating. It has been a few weeks and have not heard from her. I hope you and Mr. Price can give us a push.**

*Mohammad Abu-Salha, MD*

11/20/06

Good morning and thanks for the Congratulations! I hope you are well.
I have your file right here on my desk and I see where you and Carol have communicated. It looks like she sent another inquiry to the FBI on 9/6/06. It is not unusual that they have not responded to our inquiry yet. It can take them 90 days sometimes to reply to us.
If nothing has been returned to our office by the first week of December I will send another inquiry to the FBI.
I am sorry for the long delay but it's up to the FBI to complete their process and move forward. Unfortunately we cannot make them go any faster. Believe me, I wish we could!
I'll be in touch,
Robyn

**U.S. Department of Homeland Security**

Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488



# U.S. Citizenship and Immigration Services

Friday, March 23, 2007

MOHAMMAD Y ABU-SALHA
5016 DILLSWOOD LN
RALEIGH NC 27606

Dear MOHAMMAD Y ABU-SALHA:

On 05/25/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | WILSON, TERESA |
| **Caller indicated they are:** | An attorney |
| **Attorney Name:** | DAYNA KELLY |
| **Case type:** | I485 |
| **Filing date:** | 12/26/2001 |
| **Receipt #:** | SRC-02-080-53709 |
| **Beneficiary (if you filed for someone else):** | ABU-SALHA, MOHAMMAD, Y |
| **Your USCIS Account Number (A-number):** | A076442694 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

Your application/petition is located at Charlotte NC District Office. Please direct this inquiry and all future inquiries to your local office. If you wish to visit that office you will need to schedule an appointment using the InfoPass Appointment Scheduler located on our web site www.uscis.gov. Please print out the appointment notice, which gives you the date and time, along with the address to your local office.

XMO365

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services
cc: DAYNA KELLY

Plaintiffs Exhibit 16



abusalha3@hotmail.com                          Printed: Wednesday, April 4, 2007 11:53 PM

| | |
|---|---|
| **From :** | Winneberger, Robyn <Robyn.Winneberger@mail.house.gov> |
| **Sent :** | Wednesday, April 4, 2007 1:12 PM |
| **To :** | "'Mohammad Abu-Salha'" <abusalha3@hotmail.com> |
| **Subject :** | RE: Update |

Hi there.

It looks like your attorney's office made an inquiry with USCIS on your behalf.  I received word on Feb.2007 that your case was processed and finalized by the FBI on 10/18/05 and the results were sent to USCIS Headquarters in Washington, DC.  On 1/31/07 USCIS was contacted by the FBI and confirmed the same information as indicated in the FBI's Name Check Database.

So, it seems that your case is still with USCIS Headquarters.  They are likely still processing your background information.  The FBI is only one agency that is involved in security clearances.

That is what I make of this letter.

I hope this makes sense.

Robyn

---

**From:** Mohammad Abu-Salha [mailto:abusalha3@hotmail.com]
**Sent:** Tuesday, April 03, 2007 8:42 PM
**To:** Winneberger, Robyn
**Subject:** Update

**Dear Robyn,**

**Though we were told last that the FBI cleared our case for USCIS, we just received the attached letter in the mail, dated March 31, 2007. Please review and tell me what you think. I know it has not been 90 days since your last inquiry, just wanted to let you know.**

*Mohammad Abu-Salha, MD*

---

MSN is giving away a trip to Vegas to see Elton John. Enter to win today.

Case 5:07-cv-00413-F   Document 1   Filed 10/24/07   Page 27 of 27